# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3551

_____

Larry T. Wright,

        Appellant,

v.

Kiewit Industrial,

        Appellee,

R.F. Fisher Electric Co.,

        Defendant.

\*
\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the
\* Western District of Missouri.
\*
\* [UNPUBLISHED]
\*
\*
\*
\*

_____

Submitted: April 20, 2012
Filed: April 24, 2012

_____

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

    Larry T. Wright appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. Upon careful de novo review, *see Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir.) (en banc), *cert.*

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

*denied*, 132 S. Ct. 513 (2011), this court concludes that the grant of summary judgment was proper for the reasons stated by the district court.

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

_____